FILED

**NOT FOR PUBLICATION**

AUG 19 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10061 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-02278-DCB |
| v. | |
| JOSE RICARDO TORRES-PEREZ, a.k.a. Pedro Garcia-Perez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted August 14, 2013[**]

Before:      SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Jose Ricardo Torres-Perez appeals from the district court's judgment and

challenges his jury-trial conviction and 63-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Torres-Perez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Torres-Perez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**  Torres-Perez's motion for appointment of substitute counsel is **DENIED.**

**AFFIRMED.**